TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division
SARAH QUIST (Cal. Bar No. 288264)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0609
    Facsimile: (213) 894-7819
    E-mail: sarah.quist@usdoj.gov

Attorneys for Defendant
FEDERAL BUREAU OF INVESTIGATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SIMON,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION AND DOES 1-30,<br><br>    Defendants. | Case No. 2:22-cv-01819<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. §§ 1442(a)(1)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF, BY AND THROUGH HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Defendant Federal Bureau of Investigation ("FBI"), hereby removes the State Court action described below to this Honorable Court. The grounds for this removal are as follows:

1. On March 17, 2020, Plaintiff Julie Simon filed a civil action against Defendants Federal Bureau of Investigation ("FBI") and Does 1-30 in the Superior Court of the State of California for the County of Los Angeles, Case No. 20STCV11051. A copy of the action and other pleadings obtained to date are attached as Exhibit 1. The Complaint asserts a tort claim against the FBI arising out of an alleged motor vehicle accident in 2018.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof …" to the district court embracing the place where the action is pending. The FBI is a federal agency and is entitled to, among other things, the federal defense of sovereign immunity and federal defenses relating to the exhaustion of administrative claim requirements. 28 U.S.C. § 2671, et seq. Further, the state court has no jurisdiction over the FBI for incidents alleged in this action. 28 U.S.C. § 1346(b)(1).

3. Plaintiff has not served the United States Attorney's Office or Attorney General's Office as required by Rule 4(i). See Fed. R. Civ. P. 4(i)(2). In Murphy Bros. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before the 28 U.S.C. § 1446(b) time limits for removal begin to run. Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has not begun to run and, thus, removal is timely.

4. Promptly after filing this notice, the FBI shall give written notice of this removal to the adverse party and to the Clerk of the State Court. See 28 U.S.C.

§ 1446(d).

5. This Court is the proper district and division to hear this case because Plaintiff brought this action in the Los Angeles Superior Court. See 28 U.S.C. § 1442(a).

6. Because this notice is filed on behalf of a federal agency, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, the FBI removes the action now pending in the Superior Court of the State of California for the County of Los Angeles, Case No. 20STCV11051, to the United States District Court for the Central District of California.

Dated: March 18, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division

 /s/ *Sarah Quist*
SARAH QUIST
Assistant United States Attorney

Attorneys for Defendant
FEDERAL BUREAU OF INVESTIGATION