Electronically FILED by Superior Court of California, County of Los Angeles on 03/17/2020 04:22 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Williams,Deputy Clerk
20STCV11051

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Thomas Long

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Giancarlo J. Mendez, Esq. 306961<br>Mendez & Sanchez, A.P.C.<br>5440 E. Beverly Blvd.<br>Los Angeles CA 90022<br>  TELEPHONE NO: 323-838-1444     FAX NO. *(Optional)*: 323-838-1226<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Julie Simon | *FOR COURT USE ONLY* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
  STREET ADDRESS: 111 North Hill Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: Los Angeles 90012
  BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Julie Simon

DEFENDANT: Federal Bureau of Investigation and

☑ DOES 1 TO 30

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  ☐ **AMENDED** *(Number)*:
Type *(check all that apply)*:
☑ MOTOR VEHICLE     ☑ OTHER *(specify)*: General Damagese
  ☑ Property Damage     ☐ Wrongful Death
  ☑ Personal Injury     ☐ Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded     ☐ does not exceed $10,000
              ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

CASE NUMBER:

20STCV11051

1. **Plaintiff** *(name or names)*: Julie Simon
   alleges causes of action against **defendant** *(name or names)*:
   **Federal Bureau of Investigation and Does 1 to 30**
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**Exhibit 1**

**3**

PLD-PI-001

| SHORT TITLE:<br>Julie Simon v. Federal Bureau of Investigation and Does 1 to 30 | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  c. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  b. ☑ **except** defendant *(name):* Federal Bureau of Investigation
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☑ other *(specify):*

  d. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants *(specify Doe numbers):* 16 to 20     were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants *(specify Doe numbers):* 21 to 30     are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify):*

**Exhibit 1**
**4**

PLD-PI-001

| SHORT TITLE:<br>Julie Simon v. Federal Bureau of Investigation and Does 1 to 30 | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☑ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage *(specify):*
   Plaintiff sustained bodily injuries as a direct result of Defendant's negligence.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 3/16/2020

Giancarlo J. Mendez, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]
**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
Page 3 of 3

**Exhibit 1**
5

PLD-PI-001(1)

| SHORT TITLE:<br>Julie Simon v. Federal Bureau of Investigation and Does 1 to 30 | CASE NUMBER: |
| --- | --- |

First _____      **CAUSE OF ACTION—Motor Vehicle**
    (number)

ATTACHMENT TO ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Julie Simon

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
    and damages to plaintiff; the acts occurred
    on *(date):* 04/16/2018
    at *(place):*
    Centinela Avenue and Sepulveda Blvd., Culver City, CA. 90045

MV- 2. DEFENDANTS
    a. ☑ The defendants who operated a motor vehicle are *(names):*
        Does

        ☑ Does 1 _____ to 5 _____
    b. ☑ The defendants who employed the persons who operated a motor vehicle in the course of their employment
        are *(names):*
        Federal Bureau of Investigation and

        ☑ Does 6 _____ to 10 _____
    c. ☑ The defendants who owned the motor vehicle which was operated with their permission are *(names):*

        ☑ Does 11 _____ to 15 _____
    d. ☑ The defendants who entrusted the motor vehicle are *(names):*

        ☑ Does 16 _____ to 20 _____
    e. ☑ The defendants who were the agents and employees of the other defendants and acted within the scope
        of the agency were *(names):*
        Does

        ☑ Does 21 _____ to 30 _____
    f. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        ☐ listed in Attachment MV-2f    ☐ as follows:

        ☐ Does _____ to _____    Page 4 _____

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(1) [Rev. January 1, 2007] | **CAUSE OF ACTION—Motor Vehicle** | Code of Civil Procedure 425.12<br>www.courtinfo.ca.gov |
| --- | --- | --- |

**Exhibit 1**
**6**

PLD-PI-001(2)

| SHORT TITLE: Julie Simon v. Federal Bureau of Investigation and Does 1 to 30 | CASE NUMBER: |
|---|---|

Second _____    **CAUSE OF ACTION—General Negligence**    Page 5 _____
　　　(number)

ATTACHMENT TO   ✓ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   Julie Simon

　　　　alleges that defendant *(name):*  Federal Bureau of Investigation and

　　　　　　✓ Does   1 _____ to   30 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* April 16, 2018
at *(place):* Centinela Avenue and Sepulveda Blvd., Culver City, CA. 90045

*(description of reasons for liability):*

On or about said date, Plaintiff, JULIE SIMON was stopped in traffic southbound on Centinela Avenue and Sepulveda Blvd., when COLBY G. HELMS, driver and employee of the FEDERAL BUREAU OF INVESTIGATION rear ended Plaintiff's vehicle, causing Plaintiff to sustain bodily injuries and damages.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

**Exhibit 1**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Giancarlo J. Mendez \| SBN:  306961<br>Mendez & Sanchez APC<br>5440 E Beverly Blvd   Los Angeles, CA 900222208<br>Electronically FILED by Superior Court of California, County of Los Angeles on 10/28/2021 09:56 AM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Abraham,Deputy Clerk<br>TELEPHONE NO.: (323) 838-1444 \| FAX NO. \|  E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: : | |

| | |
|---|---|
| **LOS ANGELES COUNTY SUPERIOR COURT**<br><br>STREET ADDRESS: 111 NORTH HILL ST.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: STANLEY MOSK COURTHOUSE | |

| | |
|---|---|
| PLAINTIFF:  Julie Simon | CASE NUMBER: |
| DEFENDANT:  Federal Bureau of Investigation | 20STCV11051 |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>MS1097 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet  *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment-Unlimited Civil Case**

3. a.  Party served *(specify name of party as shown on documents served):*
   **Federal Bureau of Investigation**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  **11000 Wilshire Blvd Ste 1700**
   **Los Angeles, CA 90024-3601**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*      (2) at *(time):*

   b. ☐ **by substituted service.**  On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):*  from *(city):*                                **or** ☑ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>**POS010-1/117989A**

**Exhibit 1**
**8**

| PETITIONER:  **Julie Simon** | CASE NUMBER: |
|---|---|
| RESPONDENT:  **Federal Bureau of Investigation** | **20STCV11051** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                    **(2) from** *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☑ **by other means** *(specify means of service and authorizing code section):*
   **Due to Covid-19, Federal Building is closed. FBI Legal Department, (310)477-6565,  requested for documents be mailed to Attention Legal Unit 11000 Wilshire Blvd. Ste. 1700, Los Angeles, CA 90024**

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **Federal Bureau of Investigation**
   under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
     ☑ 416.50 (public entity)                ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**

a. Name:  **Monica Figueroa - DDS Legal Support**

b. Address:  **2900 Bristol Street  Costa Mesa, CA 92626**

c. Telephone number:  **(714) 662-5555**

d. **The fee** for service was: **$ 12.77**

e. I am:

   (1) ☑ not a registered California process server.

   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

   (3) ☐ registered California process server:
      (i) ☐ owner     ☐ employee     ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/19/2021**

**DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
**www.ddslegal.com**

**Monica Figueroa**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

**Exhibit 1**

**9**

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Giancarlo J. Mendez, SBN: 306961<br>Mendez & Sanchez APC<br>5440 E Beverly Blvd<br>Los Angeles, CA 900222208<br>*TELEPHONE No.:* (323) 838-1444 | *E-MAIL ADDRESS (Optional):*<br>*FAX No. (Optional):* | |
| *Attorney for:* | | |
| | *Ref No. or File No.:*<br>MS1097 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| LOS ANGELES COUNTY SUPERIOR COURT - STANLEY MOSK COURTHOUSE |

| *Plaintiff:* Julie Simon |
|---|
| *Defendant:* Federal Bureau of Investigation |

| **PROOF OF SERVICE<br>BY MAIL** | HEARING DATE: | TIME: | DEPT.:<br>31 | CASE NUMBER:<br>20STCV11051 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment-Unlimited Civil Case;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Costa Mesa, California, addressed as  follows:

   a. Date of Mailing:              February 19, 2021

   b. Place of Mailing:            Costa Mesa, CA

   c. Addressed as follows:     Federal Bureau of Investigation
                                            11000 Wilshire Blvd Ste 1700
                                            Los Angeles, CA 90024-3601

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of  business.

Fee for Service: $ 12.77

**DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
**Ref: MS1097**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **February 19, 2021**.

Signature: _____

**Monica Figueroa**

**PROOF OF SERVICE BY MAIL**

Order#: 117989A/mailproof

**Exhibit 1**

**10**

Electronically FILED by Superior Court of California, County of Los Angeles on 03/17/2020 04:22 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Williams, Deputy Clerk
20STCV11051

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Federal Bureau of Investigation and Does 1 to 30

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Julie Simon

| FOR COURT USE ONLY |
|---|
| *(SOLO PARA USO DE LA CORTE)* |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
**Stanley Mosk Courthouse**
111 North Hill Street
Los Angeles CA 90012

| CASE NUMBER: |
|---|
| *(Número del Caso):* |
| **20STCV11051** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Giancarlo J. Mendez, Esq. 306961        323-838-1444
5440 E. Beverly Blvd. Los Angeles CA 90022

DATE:
*(Fecha)* 03/17/2020        Clerk, by Sherri R. Carter Executive Officer / Clerk of Court  , Deputy
        *(Secretario)* D. Williams        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**Exhibit 1**
**11**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 31

**20STCV11051**                                              February 24, 2022
**JULIE SIMON vs FEDERAL BUREAU OF INVESTIGATION**              8:30 AM

Judge: Honorable Audra Mori                 CSR: None
Judicial Assistant: J. Aguayo               ERM: None
Courtroom Assistant: None                   Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Alex Guerrero for Giancarlo J. Mendez (Telephonic)

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Order to Show Cause - Settlement Dismissal for Failure to Enter Default

The matter is not called for hearing.

Counsel for Plaintiff represents a request for default was submitted on 02/23/2022.

On the Court's own motion, the Order to Show Cause - Settlement Dismissal for Failure to Enter Default scheduled for 02/24/2022 is continued to 04/01/2022 at 08:30 AM in Department 31 at Spring Street Courthouse.

Plaintiff is to give notice to anyone served.

Minute Order                                              Page 1 of 1

### Exhibit 1
### 12